## UNITED STATES of America

v.

## CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY.

### No. 6152.

United States Court of Appeals
Tenth Circuit.

Feb. 15, 1960.

Donald G. Brotzman, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellant.

J. C. Street and W. L. Peck, Denver, Colo., and C. W. Krohl, Chicago, Ill., for appellee.

Before MURRAH, Chief Judge, and PHILLIPS and PICKETT, Circuit Judges.

PER CURIAM.

Reversed on authority of United States of America v. Seaboard Air Line Railroad, 361 U.S. 78, 80 S.Ct. 12, 4 L. Ed.2d 25.